**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| Parallel Networks, LLC, | |
| Plaintiff, | No. 6:10-cv-00111-LED |
| v. | Jury Trial Demanded |
| Abercrombie & Fitch Co., *et al.*, | |
| Defendants. | |

## ORDER

After consideration of the Joint Notice of Joining Additional Parties, the Court hereby ORDERS:

1. IAC Search & Media, Inc., Shoebuy.com, Inc., and Brain Busters, LLC are added as defendants in this action; and

2. The caption in this action is reformed to match the caption on this order.

**So ORDERED and SIGNED this 7th day of December, 2010.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**