IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Parallel Networks, LLC, | |
| Plaintiff, | No. 6:10-cv-00111-LED |
| v. | Jury Trial Demanded |
| Abercrombie & Fitch Co, et al. | |
| Defendants | |

# PLAINTIFF'S ANSWER TO THE COUNTERCLAIMS OF BRAIN BUSTER ENTERPRISES, LLC

Plaintiff Parallel Networks, LLC ("Parallel Networks") hereby Answers the Counterclaims [Dkt. No. 423] of Defendant Brain Buster Enterprises, LLC ("Brain Buster"), by corresponding paragraph number as follows:

## The Parties

150. Admitted.

151. Admitted.

## Jurisdiction

152. Admitted.

153. Admitted.

## Count I
## Declaratory Relief Regarding Non-Infringement

154. Admitted.

155. Admits that Brain Buster purports to seek declaratory relief for non-infringement of the '111 Patent, but denies that Brain Buster is entitled to such relief, or any further

1

relief. Parallel Networks denies the remaining allegations of paragraph 155 of Defendant's Counterclaims.

## Count II
## Declaratory Relief Regarding Invalidity

156. Admitted.

157. Admits that Brain Buster purports to seek declaratory relief that each of the claims of the '111 Patent are invalid, but denies that Brain Buster is entitled to such relief, or any further relief. Parallel Networks denies the remaining allegations of paragraph 157 of Defendant's Counterclaims.

## Count III
## Declaratory Relief Regarding Unenforceability

158. Admitted.

159. Admits that Brain Buster purports to seek declaratory relief that the claims of the '111 Patent are unenforceable, but denies that Brain Buster is entitled to such relief, or any further relief. Parallel Networks denies the remaining allegations of paragraph 159 of Defendant's Counterclaims.

## PRAYER

Parallel Networks denies that Brain Buster is entitled to any relief, including that requested in its Prayer for Relief.

## JURY DEMAND

Brain Buster's Jury Demand is an averment to which no responsive pleading is required.

Dated: April 18, 2011

Respectfully submitted,

By: */s/ Charles Craig Tadlock*
Charles Craig Tadlock

        Texas State Bar No. 00791766
        TADLOCK LAW FIRM
        400 E. Royal Lane, Suite 290
        Irving, Texas 75039
        214-785-6014 (phone)
        craig@tadlocklawfirm.com
         and
        315 N. Broadway, Suite 307
        Tyler, Texas 75702
        903-283-2758 (phone)

        George S. Bosy
        David R. Bennett
        Bosy & Bennett
        300 N. La Salle St.
        49th Floor
        Chicago, IL 60654
        Telephone: (312) 803-0437
        Email: gbosy@bosybennett.com
               dbennett@bosybennett.com

        ATTORNEYS FOR PLAINTIFF
        PARALLEL NETWORKS, LLC

## **CERTIFICATE OF SERVICE**

    I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 18th day of April, 2011, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

        */s/ Charles Craig Tadlock*
        One of the Attorneys for Parallel Networks, LLC