IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

**DATE:** November 29, 2011

| JUDGE | | COURT REPORTER |
|---|---|---|
| LEONARD DAVIS | | Shea Sloan |

LAW CLERKS:

| | |
|---|---|
| **PARALLEL NETWORKS** | **CIVIL ACTION NO**: 6:10-CV-111<br>Consolidated with<br>6:10-CV-112<br>6:10-CV-275<br>6:10-CV-474<br>6:10-CV-491 |
| **vs.** | |
| **ABERCROMBIE & FITCH CO., ET AL** | **STATUS CONFERENCE** |

| ATTORNEYS FOR PLAINTIFFS | ATTORNEY FOR DEFENDANTS |
|---|---|
| | SEE SIGN-IN SHEETS |

On this day, came the parties by their attorneys and the following proceedings were had:

**OPEN:** 9:35 am        **ADJOURN:** 10:15 am

| TIME: | MINUTES: |
|---|---|
| 9:35 am | Case called.  Parties announced ready.  See Sign-In Sheets. |
| | Court addressed the parties on today's proceedings. |
| | Court will proceed with Doc No. 592. |
| | Mr. Bennett presented **Plaintiff's Motion to Alter / Amend Summary Judgment Under Rule 59(e) - (Doc. No. 592).** |
| | Mr. McKeon responded.  Mr. Bennett replied.  Court denies motion. |
| | Court will move on entry of final judgment 582.  Court grants. Court is leaning toward severing out that to which has granted MSJ.  Court asked for suggestions as to handling that matter.  Mr. Bennett addressed the Court and it is the plaintiff's position sever those defendants and dismiss the counterclaims.   Mr. Thames responded.  Mr. Bisbikis responded.  Mr. Thames addressed the Court on staying.  Mr. Brann addressed the Court.  Court inquired as to the counterclaims.  Mr. Brann addressed the Court.  Mr. Bennett responded. |

**DAVID J. MALAND, CLERK**

**FILED: 11.29.2011**

BY: *Rosa L. Ferguson*, Courtroom Deputy

| TIME: | MINUTES: |
|---|---|
| | Court will sever the defendants. Group 1 and group 3 dfts - Court will grant SJ, sever out, and enter final judgment.  In regard to Group 2 dfts - Court will stay those defendants, pending the appeal on the SJ.  Court discussed the procedure depending the outcome of appeal. |
| | Court addressed the parties on Plaintiffs Motion for Leave to File  - Doc No. 401 - Court grants. |
| | Court addressed the parties on Defendants' Emergency Motion - Doc No. 581 - denied as moot. |
| | Court addressed the parties on Doc No. 583 & 590 - and denied as moot. |
| | Court addressed the parties on Doc No. 588 - and denied as moot. |
| | Mr. McKeon addressed the Court on the Court's ruling and attempt to resolve the MSJ ruling. |
| | Court inquired as to plaintiff filing a new case against Disney.  Mr. Bennett replied.  Mr. Caracappa reponded. |
| 10:15 am | There being nothing further, Court adjourned. |